Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Gregory Patrick Patelzick |
| **Docket Number:** | 2:12CR00106-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 11/16/2011 (District of Arizona)<br>03/14/2012 Transfer of Jurisdiction to Eastern District of California |
| **Original Offense:** | 21 USC 841(a)(1), 841 (b)(1)(D) and 846 - Conspiracy to Possess With the Intent to Distribute Less Than 50 Kilograms of Marijuana, a Controlled Substance<br>(CLASS D FELONY) |
| **Original Sentence:** | 3 years Probation; $100 special assessment; |
| **Special Conditions:** | 1) Search; 2) Financial disclosure; 3) No new debt or credit; 4) Shall participate in a residential re-entry center for 4 months, to begin no later than 01/16/2012; 5) Shall participate in a home confinement program and you shall contribute to the costs of electronic monitoring to be determined by the probation officer; and 6) No firearms. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 11/16/2011 |
| **Assistant U.S. Attorney:** | To be assigned     **Telephone:** 916-554-2700 |
| **Defense Attorney:** | To be assigned     **Telephone:** 916-447-8262 |

**RE:     Gregory Patrick PATELZICK**
**         Docket Number:  2:12CR00106-01**
**         PETITION TO MODIFY THE CONDITIONS OR TERM**
**         OF SUPERVISION WITH CONSENT OF THE OFFENDER**


**Other Court Action:**

03/14/2012:                          Transfer of Jurisdiction to Eastern District of California from
                                     the District of Arizona.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**


7.      The defendant shall be monitored for a period of 8 months, with location monitoring
        technology, which may include the use of radio frequency (RF) or Global Positioning System
        (GPS) devices, at the discretion of the probation officer.  The defendant shall abide by all
        technology requirements and shall pay all or part of the costs of participation in the location
        monitoring program, as determined by the probation officer.  In addition to other court-
        imposed conditions of release, the defendant's movement in the community shall be
        restricted as follows:

        c.      The defendant shall be restricted to his/her residence at all times except for
                employment; education; religious services; medical, substance abuse, or mental
                health treatment; attorney visits; court appearances; court-ordered obligations; or
                other activities as pre-approved by the probation officer.

**To vacate the conditions of supervision as follows:**

4.      You shall reside and participate in a residential re-entry center for 4 months, at the discretion
        of the probation officer, but to begin no later than January 16, 2012, unless discharged earlier
        by the probation officer.

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:    **Gregory Patrick PATELZICK**
       **Docket Number:  2:12CR00106-01**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


5.     You shall participate in a Home Confinement Program with electronic monitoring for a
       period of four months, to begin upon release from placement at a residential re-entry center.
       You shall contribute to the cost of electronic monitoring in an amount to be determined by
       the probation officer.


**Justification:**    The probationer was sentenced in the District of Arizona, and was ordered to
complete a total of eight months community confinement:  four months to be served at a residential
re-entry center (RRC), and four months to be served on home confinement with electronic
monitoring immediately following discharge from RRC . Following sentencing, the case was
immediately transferred to the Eastern District of California. The probationer and his attorney were
advised there was not a local RRC in the Sacramento Area. It was determined that placement at the
RRC in Oakland or San Francisco would jeopardize his job and place undo stress on his family,
especially his child with special needs. Therefore, the probation officer is requesting that the
conditions for four months RRC and four months home confinement be vacated and be replaced with
a condition for a total of 8 months of home confinement with electronic monitoring. The probationer
began home confinement on February 8, 2012.


No further action appears warranted at this time. Patelzick is in agreement with this modification and
the Waiver of Hearing is on file.

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:   **Gregory Patrick PATELZICK**
      **Docket Number:  2:12CR00106-01**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


Respectfully submitted,

/s/ Dayna D. Ward


**DAYNA D. WARD**
**Senior United States Probation Officer**
Telephone:  916-786-2989


**DATED:**    May 16, 2012
             Roseville, California
             DDW:jc


**REVIEWED BY:**    /s/ Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

**RE:** **Gregory Patrick PATELZICK**
**Docket Number: 2:12CR00106-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

(X)  Modification approved as recommended.

(  )  Modification not approved at this time.  Probation Officer to contact Court.

(  )  Other:

Dated:  May 24, 2012

GARLAND E. BURRELL, JR.
United States District Judge

cc:    United States Probation
       Assistant United States Attorney, to be assigned
       Federal Defender's Office, to be assigned
       Defendant
       Court File

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG