IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               )    2:12-cr-00106-GEB-1
          Plaintiff,           )
                               )
     v.                        )    ORDER
                               )
GREGORY PATRICK PATELZICK,     )
                               )
          Defendant.           )
_____)
```

This case was transferred from the United States District Court for the District of Arizona. This case was action number 3:11-cr-08085-FJM-1 in the District of Arizona.

Docket entry No. 5 in this action was ordered sealed by the District of Arizona. Therefore, the United States Attorney in this district is requested to explain in a filing as soon as practicable whether any document in docket entry No. 5 should remained sealed.

The Clerk of the Court shall serve a copy of this Order on the United States Attorney in this district.

Dated: June 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1